(INND Rev. 8/16)

-FILED-

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

SEP 3 0 2019

At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

LaSundra Norman_____,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Express Employment_____,
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number **2 . 1 9 C V  3 7 2**
_____
*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]*  Express Employment | 332 W US High-way 30, Valpo, IN |
| 2 | *[Put the names of any other defendants in these boxes.]* | 46385 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __1__

2. What is your address? 3760 Sandusky St.
Hobart IN 46342

3. What is your telephone number: (731) 267 9008

4. Have you ever sued anyone for these exact same claims?
   ☑ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Complaint

Lasandra Norman, formally filing a discrimination lawsuit against Express Employment for the following reasons:

Since being employed with Express Employment for more than one year, they have discriminated against me on more than one occasion. The most recent act of discrimination being 9/30/2019 at their office in Valparaiso ,Indiana.   Because, I have an open worker's compensation case pending and I am placed on light duty, after being hurt working at a factory through Express. While I was placed on light duty by a physician for several months, the WHITE FEMALE employee's employed by express discriminated  against on me on the daily basis while I was there. They would speak angry tones at me, boss me around,  and isolate me as if I wasn't an employee at all. During my light duty, the white females in the office  would watch me constantly, making me feel uncomfortable. They would also  e-mail back and forth about me. They have caused severe pain and suffering to me.
 This happened while I am  pregnant with a baby.
The employee's at Express,  flat out told me that they didn't want me there. I have pictures where they have put up degrading racist signs and balloons saying, "your dead to us" "hope you fail , and a banner that read " # Bye Felicia" whom is a black female drug addict from a movie. None of the employee's in the express office in Valparaiso, Indiana are of  Female African American decent such as myself. They were scary to be around and I was depressed everyday going there but ,I needed money to live.  About a month ago my doctor took me off restrictions, for my bad right hand that I was diagnosed with carpal-tunnel in, a hand  I have daily  episodes of pain in  during the day.  When my hand locks up on me, it feels like electric current is running through my whole right hand up my arm, then my fingers lock and stick together. The Doctor, wanted to see if I was able to use the hand in regular day to day activity,so he took me off restrictions. Express then told me not to report in any longer, leaving me with NO WORK at all.  They were waiting for me to be released from light duty so they could lay me like they did.
My hand started hurting again and the doctor placed me back on  light duty restrictions, The company called me for light duty again, and I declined because the way I had been treated prior. I spoke to the lady from sedgwick insurance  (Amanda) over the phone and through E-mails, she is handing the

workers  compensation claim, and I told her that I was being discriminated against at express several times, she said that I couldn't refuse work, because if I did refuse , I wouldn't be eligible for my disability pay,    she also said she would try to get me placed somewhere else other than express but, she never did. I agreed last Friday 9/27/2019 to go back to this office for light duty because I didn't receive my check, and when I arrived there,  Olivia,   an employee at express handed me a BIG Wooded sign that could stand up on its own , a sign reading NOW HIRING, and said my light duty assignment  was to stand- up on my feet outside, being pregnant and having only one fully functioning hand, and hold this sign on the side of the road for eight hours.  I have never known this job description to belong to any other employee on light duty, but me. Last time I was on light duty, she sat my down in a secluded corner of the office to read a book. She Stated "You have no restrictions for your legs". I also asked her would she do this degrading job if she was pregnant she answered " yeah, if I wanted to make money".

I refused to do that job and  called her a racist on my way out of the office. I did file a complaint with the EEOC regarding this matter, they couldn't help me. I am now filing a discrimination lawsuit against EXPRESS EMPLOYMENT for discrimination because I am of African American decent, also because I am pregnant, and for targeting me because I was hurt on the job. This case is only pertaining to discrimination at the workplace,  NOT  the worker compensation claim. Express also violated the privacy act laws,  by basing what job I was qualified for solely by the results of a criminal back ground check. They did not base it on education nor qualifications but solely a criminal back ground history.


Respectfully Submitted, Lasandra Norman

(INND Rev. 8/16)                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Complaint attached.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16)                                                                    page 3

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

⊘ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

_Monetary damages for pain & suffering + Discrimination._

_____

_____

_____

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

⊗ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

L.N   I will keep a copy of this complaint for my records.

L.N   I will promptly notify the court of any change of address.

L.N   I declare **under penalty of perjury** that the statements in this complaint are true.

_La Shula Norman_                                    9-30-2019
Signature                                            Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]